**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

VICTOR ALVELO,
Defendant.
---------------------------------------------------------------------X

**26 MJ. 3170 (UA)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

Defendant Victor Alvelo was presented before me on August 4, 2026 and moved for appointment of counsel pursuant to 18 U.S.C. § 3006A. Based on my review of his financial affidavit, I was concerned that Mr. Alvelo might not be eligible for appointment of counsel. I therefore appointed Edie Joseph, Esq. of Federal Defenders for the limited purpose of representing Mr. Alvelo at the presentment, and directed Federal Defenders to submit a letter explaining why appointment of counsel would be warranted on a going-forward basis. Counsel submitted that letter via email to my Chambers on August 12, 2026.

Based on my review of counsel's letter, I am satisfied that Mr. Avelo's financial circumstances are such that he is eligible for appointment of counsel. In particular, Mr. Alvelo's most significant assets are either illiquid (his home) or cannot be accessed without a substantial penalty (his retirement accounts). He and his wife are both retired and their sole current source of income is Mr. Alvelo's monthly pension. Considering all the circumstances, I conclude that Mr. Alvelo's "net financial resources and income are insufficient to enable him to obtain qualified counsel." *United States v. Parker*, 439 F.3d 81, 97 (2d Cir. 2006) (citation omitted); *see* Office of U.S. Courts, Guide to Judiciary Policy and Procedure § 210.40.30 (Standards for Eligibility).

Accordingly, the appointment of Counsellor Joseph as counsel for Mr. Alvelo pursuant to 18 U.S.C. § 3006A is continued, subject (as noted in counsel's letter) to a change in Mr. Alvelo's financial circumstances rendering him able to retain counsel and/or reimburse the CJA appropriation.

**SO ORDERED.**

DATED: New York, New York
August 14, 2026

The Honorable Gary Stein
United States Magistrate Judge